IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ISAAC KANAMWANGI                                                                    PLAINTIFF

v.                                          4:15CV00483-JM-JJV

PULASKI COUNTY DETENTION
FACILITY AND SCOT THOMISEE.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Pulaski County Detention Center is DISMISSED without prejudice.

2. Plaintiff's medical claims are also DISMISSED without prejudice. His claim for excessive force against Defendant Thomisee remains pending.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 15th day of September, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE